

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00079-CV

_____

IN RE TROY CONSTRUCTION, LLC, AND
JOHNATHAN CUNNINGHAM

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 38,742

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

On July 28, 2017, Troy Construction, LLC, and Johnathan Cunningham, collectively Relators, filed a petition for a writ of mandamus and a motion for emergency relief. The motion for emergency relief requests that this Court (1) stay the trial court's order requiring Relators to produce the file of their consulting expert, Daniel Davee, on Monday, July 31; (2) stay the trial court's orders permitting the apex depositions of Troy Construction's chief operating officer and chief financial officer, among others; and (3) stay the trial court's orders permitting discovery of Troy Construction, LLC's, net worth.

After reviewing the Relator's petition and motion, this Court is of the opinion that the temporary relief should be granted to preserve the status quo until such time as this Court has ruled on the Relators' petition for a writ of mandamus.

We, therefore, order a stay of compliance of the following orders of the trial court until further order of this Court:

1. the trial court's July 18, 2017, e-mail ruling granting discovery of Troy Construction, LLC's, net worth, permitting the apex deposition of Doug Warner, and conditionally permitting the apex deposition of Dan O'Hare;

2. the trial court's July 21, 2017, supplemental e-mail ruling granting Warner's apex deposition as well as the depositions of other individuals associated with Troy Construction who have knowledge relating to "these matters";

3. the trial court's July 26, 2017, order granting plaintiff's motion for discovery of Troy Construction, LLC's, net worth; and

4. The trial court's July 26, 2017, order granting plaintiff's motion to compel the production of Daniel Davee's file on or before July 31, 2017, to include all documents, tangible things, reports, models, or data complications provided to, reviewed by, or prepared by or for Davee.

Relators shall not be required to comply with the aforementioned orders until further order of this Court.

We direct the real party in interest to file a response to this petition for a writ of mandamus, to be received by this Court on or before August 7, 2017.

IT IS SO ORDERED.

BY THE COURT

Date:   July 31, 2017